FILED
SEP 28 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID GEORGE, et al.<br><br>　　　　Defendants. | Nos.　CR-01-0149-MJJ<br>　　　　CR-04-0083-MJJ<br><br>ORDER MAKING CASE<br>ELIGIBLE FOR ECF FILING |

This matter having come before the Court upon the Stipulation of the parties and the Court being advised,

IT IS ORDERED that all future filings in these cases be accomplished through the use of ECF filing pursuant to its requirements and the General Orders of this Court.

Dated: September 28, 2006

_____
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

Dated: September 28, 2006

_____
GREGORY W. LOWDER
JAMES SHOD
Asst. U.S. Attorneys

Dated: September 28, 2006

_____
WILLIAM OSTERHOUDT
RICHARD MAZER
Attorneys for Defendant
James Hill

1

Dated: September 28, 2006

GAIL SHIFMAN
MICHAEL BURT
Attorneys for Defendant
David George

Dated: September 28, 2006

J. FRANK McCABE
Attorney for Defendant
Trearl Malone

Dated: September ___, 2006

IAN LOVESETH
Attorney for Defendant
Kenyana Jones

2