| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | GREGG W. LOWDER (CSBN 107864)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7044 |
| 7 | Fax: (415) 436-7234 |
| 8 | Attorneys for the Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. **CR 01-0149 MJJ** |
| Plaintiff, | ) | |
| v. | ) | |
| ACIE L. MATHEWS, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. **CR 04-0083 MJJ** |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER VACATING THE *DAUBERT* EVIDENTIARY HEARINGS CURRENTLY SET FOR DECEMBER 13 AND 14, 2006, AND SETTING DECEMBER 13, 2006 FOR STATUS CONFERENCE, IN LIGHT OF RECENT DEVELOPMENTS** |
| v. | ) | |
| JAMES HILL, et. al., | ) | |
| Defendants. | ) | |

The United States of America, through Gregg W. Lowder, Assistant United States Attorney, and the defendants James Hill, David George, Trearl Malone and Kenyana Jones, through their counsel, jointly request that the Court enter an order vacating the *Daubert* gang expert hearing currently set for December 13th and 14th and maintain December 13, 2006 at 9:00 a.m. as a status conference date, in order to permit the parties sufficient time to address a potential

[Proposed] Order Continuing *Daubert* Hearing
CR 04-0083 MJJ & CR 01-0149 MJJ           1

resolution of the case; to permit time for further necessary preparation for the *Daubert* hearings, specifically to obtain and analyze the gang expert testimony of the government's central *Daubert* gang expert, who just completed multiple days of testimony as a gang expert on Westmob in a local ongoing police officer homicide jury trial; to permit the receipt and analysis of potential further testimony regarding Westmob in the same ongoing jury trial; and to permit reasonable time for the effective preparation of newly appointed counsel for defendant Kenyana Jones, so that he may competently represent his client. More specifically, the parties request a continuance for all of the following reasons:

- The parties have begun settlement discussions, following the capital penalty mitigation presentations, and it is anticipated that a potential settlement position may arise out of discussions to be conducted in the next week, and parties request a reasonable continuance of the *Daubert* hearings to permit sufficient time to allow parties to turn their time and efforts immediately to this task instead of towards preparation for the *Daubert* hearing;
- The central government *Daubert* gang expert, SFPD Inspector Toney Chaplin, has recently testified as a gang expert on Westmob over the course of three days, ending last week, in the San Francisco police officer homicide trial of *People v. David Hill;* the parties believe this testimony is directly relevant to all witnesses and subjects in the presently set *Daubert* hearing; and the transcripts have been ordered and will be produced next week, but all parties will need additional time to analyze the transcripts before the *Daubert* hearing on December 13 and 14;
- The same jury trial, *People v. David Hill*, is anticipated to produce potentially additional testimony in the next two weeks that will bear directly on the subjects of our *Daubert* hearing; and
- this case has been deemed a complex case, in which there are over 30,000 pages of discovery, and the current attorney for Kenyana Jones was just appointed approximately one month ago and needs additional time to prepare for the *Daubert* hearing in order to effectively represent his client.

[Proposed] Order Continuing *Daubert* Hearing
CR 04-0083 MJJ & CR 01-0149 MJJ          2

1  For the above reasons, the parties request the *Daubert* hearings of December 13 and 14,
2  2006 be vacated at this time and a status conference ▮▮▮▮ be set at on December 13 at ▮▮▮
3  11:00 a.m. Status Statement due 12/11/2006.

4  SO STIPULATED:

5  Dated: 11/30/06

_____
GREGG W. LOWDER
Assistant United States Attorney

7  Dated: _____

_____
RICHARD MAZER
WILLIAM OSTERHOUDT
Attorneys for Defendant James Hill

10  Dated: _____

_____
GAIL SHIFMAN
MICHAEL BURT
Attorneys for Defendant David George

12  Dated: _____

_____
J. FRANK McCABE
Attorney for Defendant Trearl Malone

14  Dated: _____

_____
ERIC QUANDT
Attorney for Defendant Kenyana Jones

16  IT IS SO ORDERED:

18  Dated: 12/1/2006

_____
MARTIN J. JENKINS
United States District Judge

▮▮▮▮d Order Continuing *Daubert* Hearing
CR 04-0083 MJJ & CR 01-0149 MJJ                3

For the above reasons, the parties request the *Daubert* hearings of December 13 and 14, 2006 be vacated at this time and a status conference statement be set at on December 13 at 9:00 a.m.

SO STIPULATED:

Dated: _____

GREGG W. LOWDER
Assistant United States Attorney

Dated: 11/30/06

RICHARD MAZER
WILLIAM OSTERHOUDT
Attorneys for Defendant James Hill

Dated: _____

GAIL SCHIFMAN
MICHAEL BURT
Attorneys for Defendant David George

Dated: _____

J. FRANK McCABE
Attorney for Defendant Trearl Malone

Dated: _____

ERIC QUANDT
Attorney for Defendant Kenyana Jones

IT IS SO ORDERED:

Dated: _____

MARTIN J. JENKINS
United States District Judge

Order Continuing *Daubert* Hearing
CR 04-0083 MJJ & CR 01-0149 MJJ                 3

1   For the above reasons, the parties request the *Daubert* hearings of December 13 and 14,
2   2006 be vacated at this time and a status conference statement be set at on December 13 at 9:00
3   a.m.
4   SO STIPULATED:
5   Dated: _____

6   _____
    GREGG W. LOWDER
    Assistant United States Attorney

7   Dated: _____

8   _____
    RICHARD MAZER
    WILLIAM OSTERHOUDT
9   Attorneys for Defendant James Hill

10  Dated: 11-30-06

    _____
    GAIL SCHIFMAN
11  MICHAEL BURT
    Attorneys for Defendant David George

12  Dated: _____

13  _____
    J. FRANK McCABE
    Attorney for Defendant Trearl Malone

14  Dated: _____

15  _____
    ERIC QUANDT
    Attorney for Defendant Kenyana Jones

16
17  IT IS SO ORDERED:

18  Dated: _____

19  _____
    MARTIN J. JENKINS
20  United States District Judge

21
22
23
24
25
26
27
28

Proposed Order Continuing *Daubert* Hearing
CR 04-0083 MJJ & CR 01-0149 MJJ              3

1   For the above reasons, the parties request the *Daubert* hearings of December 13 and 14,
2   2006 be vacated at this time and a status conference statement be set at on December 13 at 9:00
3   a.m.
4   SO STIPULATED:
5   Dated: _____       GREGG W. LOWDER
                                            Assistant United States Attorney
6
7   Dated: _____       RICHARD MAZER
                                            WILLIAM OSTERHOUDT
8                                           Attorneys for Defendant James Hill
9
    Dated: _____       GAIL SCHIFMAN
10                                          MICHAEL BURT
                                            Attorneys for Defendant David George
11
12  Dated: 11/30/06                         J. FRANK McCABE
                                            Attorney for Defendant Trearl Malone
13
14  Dated: _____       ERIC QUANDT
                                            Attorney for Defendant Kenyana Jones
15
16  IT IS SO ORDERED:
17
18  Dated: _____
19                                          MARTIN J. JENKINS
                                            United States District Judge
20
21
22
23
24
25
26
27
28

Proposed Order Continuing *Daubert* Hearing
CR 04-0083 MJJ & CR 01-0149 MJJ                         3

approximately one month ago and needs additional time to prepare for the *Daubert* hearing in order to effectively represent his client.

For the above reasons, the parties request the *Daubert* hearings of December 13 and 14, 2006 be vacated at this time and a status conference statement be set at on December 13 at 9:00 a.m.

SO STIPULATED:

Dated: _____  GREGG W. LOWDER
Assistant United States Attorney

Dated: _____  RICHARD MAZER
WILLIAM OSTERHOUDT
Attorneys for Defendant James Hill

Dated: _____  GAIL SCHIFMAN
MICHAEL BURT
Attorneys for Defendant David George

Dated: _____  J. FRANK McCABE
Attorney for Defendant Trearl Matone

Dated: 11/30/06  ERIC QUANDT
Attorney for Defendant Kenyana Jones

IT IS SO ORDERED.

Dated: _____  MARTIN J. JENKINS
United States District Judge

[proposed] Order Continuing *Daubert* Hearing
CR 04-0083 MJJ & CR 01-0149 MJJ        3