```
GAIL SHIFMAN
Attorney at Law
633 Battery Street, Suite 635
San Francisco, California 94111
Telephone (415) 551-1500
Facsimile: (415) 788-6787

MICHAEL BURT
Law Office of Michael Burt
600 Townsend Street, Suite 329-E
San Francisco, CA 94103
Telephone: (415) 522-1508
Facsimile: (415) 522-1506

Attorneys for Defendant
DAVID GEORGE
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-01-0149 MJJ |
| Plaintiff, | CR-04-0083 MJJ |
| vs. | STIPULATION AND ORDER |
| | <u>CONTINUING STATUS HEARING DATE</u> |
| JAMES HILL, et al., | GRANTED |
| Defendants. | |
| _____/ | |

The parties stipulate and agree that the status hearing date currently set for December 13, 2006 shall be vacated and continued until December 21, 2006 at 2:00 p.m to allow the parties to meet and confer regarding settlement.

The parties also stipulate and agree that the time from December 13, 2006 until December 21, 2006 is excludable from calculations under the Speedy Trial Act, 18 U.S.C. 3161, for the defendants in each of the above cases. The cases have previously been declared complex based on the nature of the charges, and the

1

complexity of factual and legal issues as yet unresolved, and the parties need time to effectively prepare due to the complexity and to engage in settlement discussions. Additionally, the motion challenging the admissibility of gang expert testimony pursuant to a *Daubert* motion remains pending with hearings yet to be set and additional motions remain pending with dates yet to be set. As to the death-eligible defendants David George and James Hill, both defendants are participating in the process to determine whether the death penalty will be sought and are preparing presentations to the United States Attorney to occur locally and to the Department of Justice at its Washington, D.C. offices. Defendant Kenyana Jones' attorney was recently appointed and this reason as well as those stated above, resulting in an exclusion to time under the Speedy Trial Act. The parties stipulate and agree that time from December 13, 2006 until December 21, 2006 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED.

Dated: December 11, 2006

/s/ with consent

GREGG LOWDER
Assistant U.S. Attorney

Dated: December 11, 2006

/s/ with consent

RICHARD MAZER and BILL OSTERHOUDT
Attorneys for Defendant
JAMES HILL

Dated: December 11, 2006

/s/

GAIL SHIFMAN and MICHAEL BURT
Attorneys for Defendant
DAVID GEORGE

Dated: December 11, 2006

/s/ with consent

FRANK McCABE
Attorney for Defendant
TREARL MALONE

```
1  Dated: December 11, 2006
2       /s/ with consent
3  _____
   ERIC QUANDT
4  Attorney for Defendant
   KENYANA JONES
5
```

6                              ORDER

7    This matter having come before the Court upon the Stipulation
8 of the parties and the Court being advised,

9    IT IS ORDERED that the status hearing date of December 13,
10 2006 shall be vacated and continued until December 21, 2006, at
11 2:00 p.m.

12   IT IS FURTHER ORDERED as to both cases CR 01-0149 MJJ and CR
13 04-0083 MJJ, based on the reasons contained in the stipulation that
14 the Court finds that the pending motions applicable to both cases,
15 the necessity of sufficient time for effective preparation
16 including newly appointed counsel for defendant Kenyana Jones,
17 settlement conferences and the pending motions as well as the
18 complexity of the cases, that the ends of justice served by
19 excluding from calculations the time period from December 13, 2006
20 through December 21, 2006 outweigh the best interests of the public
21 and all defendants in a speedy trial under the Speedy Trial Act, 18
22 U.S.C. § 3161and that the period of time from December 13, 2006
23 through December 21, 2006 is excluded from calculations under the
24 Speedy Trial Act, 18 U.S.C. § 3161.

25 DATED: December __12__, 2006           _____
                                         UNITED STATES DISTRICT JUDGE

3